# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 15-mj-4384-DHH |
| ) | |
| JEFFREY CORDIO ) | |
| ) | |
| Defendant. ) | |

## GOVERNMENT'S MOTION TO PARTIALLY UNSEAL COMPLAINT

The United States of America hereby moves this Court to order that above-referenced complaint and related documents be unsealed, with the exception of footnotes 10 and 12 of the Affidavit of James B. Mattson.[1]   In support of this motion, the government states that the defendant was arrested on October 15, 2015, and that there is no further reason to keep the complaint secret.

>
> Respectfully submitted,
> CARMEN M. ORTIZ
> United States Attorney
>
> By:    /s/ Greg A. Friedholm
> GREG A. FRIEDHOLM
> Assistant U.S. Attorney

Dated:    October 15, 2015

---

[1] There is good cause for the continued impoundment of the information contained in the subject footnotes, as such information is personal, of a sensitive nature, and unrelated to the alleged conduct underlying the complaint.