AO 468 (Rev. 1/86) Waiver of Preliminary Examination or Hearing

# UNITED STATES DISTRICT COURT

_____ DISTRICT OF _____MASSACHUSETTS_____

UNITED STATES OF AMERICA
V.
Jeffrey Cordio

WAIVER OF PRELIMINARY
EXAMINATION OR HEARING
(Rule 5 or 32.1, Fed. R. Crim. P.)

CASE NUMBER: 15-4384-DHH

I, __Jeffrey Cordio__, charged in a ☒ complaint ☐ petition pending in this District with __Arson__ in violation of Title __18__, U.S.C., __844__, and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a preliminary ☐ examination ☐ hearing, do hereby waive (give up) my right to a preliminary ☐ examination ☐ hearing.

_Jeffrey C. Cordio_
Defendant

_[signature]_
Counsel for Defendant

10/15/15
Date