UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
UNITED STATES OF AMERICA            )
                                    )
v.                                  )        MBD Case No. 15-4384-DHH
                                    )
JEFFREY CORDIO,                     )
              Defendant             )
_____)

MOTION FOR APPOINTMENT OF COUNSEL

Now comes Jeffrey Cordio in the above matter and moves for the appointment of counsel to represent him.  As grounds for this motion, the defendant states that he is indigent and cannot afford private counsel.

The undersigned will provide a financial affidavit at the time of the hearing.

Respectfully submitted,
On behalf of the Defendant, Jeffrey Cordio

Dated:  January 21, 2016

/s/ Edward P. Ryan, Jr.
_____
Edward P. Ryan, Jr., Esquire
O'Connor and Ryan, P.C.
80 Erdman Way, Suite 309
Leominster, MA 01453
(978) 534-1301
BBO#434960